# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LAFAYETTE DEAN BROOKS and WELTON THOREN MYERS,<br><br>Plaintiffs<br><br>v.<br><br>KIMBERLY WANKER, et al.,<br><br>Defendants | Case No.: 2:19-cv-00973-APG-DJA<br><br>**Order Setting Deadline for Plaintiffs to File a Response to the Motion to Dismiss the Amended Complaint** |

Defendant U.S. Bank Trust N.A. filed a motion to dismiss on September 17, 2019 that was directed at the original complaint. ECF No. 17. The plaintiffs filed an amended complaint on September 27, 2019. ECF No. 27. U.S. Bank Trust then filed a second motion to dismiss on October 29, 2019, this one aimed at the amended complaint. ECF No. 31.

Because the amended complaint superseded the original complaint, I denied U.S. Bank Trust's first motion to dismiss as moot. ECF No. 33. This apparently confused the plaintiffs, who seek clarification as to whether they must respond to U.S. Bank Trust's motion to dismiss. ECF No. 34. I now clarify for the plaintiffs that they must respond to U.S. Bank Trust's October 29, 2019 motion to dismiss (ECF No. 31) that is directed at the plaintiffs' amended complaint (ECF No. 27). If they do not respond, I will grant U.S. Bank Trust's motion as unopposed. *See* LR 7-2(d).

I THEREFORE ORDER that by December 20, 2019, the plaintiffs must file an opposition U.S. Bank Trust's October 29, 2019 motion to dismiss (ECF No. 31). Failure to respond to the motion will result in it being granted as unopposed.

DATED this 5th day of December, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE